# United States District Court

| Southern | DISTRICT OF | New York |
|---|---|---|

SANTIAGO ALVEAR

### SUMMONS IN A CIVIL CASE

**V.**

1 WORLD TRADE CENTER LLC,
ET AL. SEE ATTACHED RIDER,

CASE NUMBER:

TO: (Name and address of defendant)

See attached rider

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WORBY GRONER EDELMAN & NAPOLI BERN. LLP
115 Broadway, 12th Floor
New York, New York 10006
212-267-3700

an answer to the complaint which is herewith served upon you. with in _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAR 2 0 2006

CLERK

DATE

_Marcos Quintero_

(BY) DEPUTY CLERK

Service of the Summons and Complaint was made by me

| DATE |
|------|
| TITLE |

NAME OF SERVER (PRINT)

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
Date                                            Signature of Server

                                               _____
                                               Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

SANTIAGO ALVEAR,

Plaintiffs,

- against -

1 WORLD TRADE CENTER LLC; 1 WTC
HOLDINGS LLC; 2 WORLD TRADE CENTER
LLC.; 2 WTC HOLDINGS LLC.; 4 WORLD
TRADE CENTER LLC.; 4 WTC HOLDING LLC.;
5 WORLD TRADE CENTER LLC.; 5 WTC
HOLDING LLC.; A RUSSO WRECKING, INC.; ABM;
ABM INDUSTRIES, INC.; ABM JANITORIAL
NORTHEAST, INC.; AMEC CONSTRUCTION
MANAGEMENT, INC.; AMEC EARTH &
ENVIRONMENTAL, INC.; ANTHONY CORTESE
SPECIALIZED HAULING LLC., ATLANTIC HEYDT CORP.;
BECHTEL CONSTRUCTION, INC.; BECHTEL
CORPORATION; BECHTEL
ENVIRONMENTAL, INC.; BERKEL &
COMPANY, CONTRACTORS, INC.; BFP TOWER
C Co. LLC; BIG APPLE WRECKING &
CONSTRUCTION CORP.; BOSTON PROPERTIES;
BOVIS LEND LEASE LMB, INC.; BOVIS LEND
LEASE, INC.; BREEZE CARTING CORP.;
BREEZE NATIONAL INC.; BRER FOUR
TRANSPORTATION CORP.; BURO HAPPOLD
CONSULTING ENGINEERS, P.C.; C & D
FIREPROOFING & PLASTERING CORP.; C.B.
CONTRACTING CORP; CANRON
CONSTRUCTION CORP.; CANTOR SEINUK GROUP;
CERTIFIED FENCE CORP.; CIVETTA-
COUSINS JV, L.L.C.; CLARCOR AIR FILTRATION
PRODUCTS, INC.; COMPONENT ASSEMBLY
SYSTEMS, INC.; CONSOLIDATED EDISON
COMMUNICATIONS HOLDING COMPANY,
INC.; CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC.; CONSOLIDATED EDISON
DEVELOPMENT, INC.; CONSOLIDATED
EDISON ENERGY, INC.; CONSOLIDATED
EDISON SOLUTIONS, INC.; CONSOLIDATED
EDISON, INC.; COORDINATED METALS, INC.;
CORD CONTRACTING CO., INC.; CRAIG TEST
BORING COMPANY INC.; CRITICOM
INTERNATIONAL CORPORATION; CUSHMAN
& WAKEFIELD, INC; D'ONOFRIO GENERAL
CONTRACTORS CORP.; DAKOTA DEMO-
TECH, INC.; DCM ERECTORS, INC.;
DIAMOND POINT EXCAVATING CORP.;
DIEGO CONSTRUCTION, INC.; DIVERSIFIED

EAGLE ONE ROOFING CONTRACTORS INC;
EAGLE SCAFFOLDING CO., INC.; EJ DAVIES,
INC.; EN-TECH CORP.; ET ENVIRONMENTAL;
EVERGREEN RECYCLING OF CORONA(FROC);
EWELL W. FINLEY, P.C.; EXECUTIVE
MEDICAL SERVICES, P.C.; F&G
MECHANICAL, INC.; FELIX EQUITES, INC.;
FLEET TRUCKING, INC.; FRANCIS A. LEE
EXTERIOR RESTORATION, INC.; FRANK
MICELLI JR.CONTRACTING, INC.; FTI
TRUCKING, INC.; GILSANZ, MURRAY, & STEFICEK,
LLP, GOLDSTEIN ASSOCIATES CONSULTING
ENGINEERS, PLLC.; GRACE INDUSTRIES, INC.; HALLEN
WELDING SERVICE, INC.; HELMSMAN MANAGEMENT
SERVICES, INC.; HGC CONTRACTING CORP.; HIGH-RISE
ELECTRIC, INC.; HIGH RISE HOISTING AND
SCAFFOLDING, INC.; JP EQUIPMENT
RENTAL MATERIALS, INC; LAQUILA
CONSTRUCTION INC.; LASTRADA GENERAL
CONTRACTING CORP ; LESLIE E. ROBERTSON
ASSOCIATES CONSULTING ENGINEERS P.C.;
LIBERTY MUTUAL INSURANCE COMPANY;
LIBERTY MUTUAL MANAGED CARE INC.;
LOCKWOOD, KESSLER & BARTLETT, INC.; LUCIUS
PITKIN, INC.; LZA TECH-DIV OF THORTON
TOMASETTI; MANAFORT BROTHERS
INCORPORATED; MAZZOCCHI WRECKING, INC ; MENT
BROS. IRON WORKS CO., INC.; MERIDIAN
CONSTRUCTION GROUP; MOODY'S INVESTORS
SERVICE; MRA ENGINEERING, PC; MUESER
RUTLEDGE CONSULTING ENGINEERS, INC;
MUSCO SPORTS LIGHTING, LLC.; NACIREMA
INDUSTRIES INCORPORATED; NEW YORK CRANE &
EQUIPMENT CORP.; NYC INDUSTRIAL DEVELOPMENT
AGENCY; NICHOLSON CONSTRUCTION COMPANY;
OLYMPIC PLUMBING & HEATING CORP.; OVE ARUP &
PARTNERS P.C.; PARSON GROUP, INC.; PETER
SCALAMANDRE & SONS, INC.; PINNACLE;
PINNACLE ENVIRONMENTAL CORP.;PLAZA
CONSTRUCTION CORP.; PLAZA
CONSTRUCTION MANAGEMENT CORP.; PRO
SAFETY SERVICES LLC.; PT & L CONTRACTING
CORP.; REGIONAL SCAFFOLDING & HOISTING CO.,
INC.; ROBER SILMAN ASSOCIATES; ROBERT
ERRAT; ROBERT L. GEROSA, INC.; ROYAL
GM, INC; SAB TRUCKING INC.; SAFEWAY
ENVIRONMENTAL CORP.; SEASONS INDUSTRIAL
CONTRACTING; SHELDRAKE ORGANIZATION, INC.;
SILVERITE CONTRACTING CORPORATION;
SILVERSTEIN DEVELOPMENT CORP;
SILVERSTEIN PROPERTIES INC;

SILVERSTEIN WTC LLC; SILVERSTEIN WTC
MGMT CO. LLC.; SILVERSTEIN WTC
PROPERTIES LLC.; SIMPSON GUMPERTZ & HEGER
INC.; SKIDMORE, OWING & MERRILL LLP; STAR
DELTA ELECTRIC, INC.; STIER ANDERSON, LLC.;
SURVIVAIR; TISHMAN CONSTRUCTION
CORPORATION OF MANHATTAN; TISHMAN
CONSTRUCTION CORPORATION OF NEW
YORK; TISHMAN SPEYER PROPERTIES;
TOMASETTI GROUP, INC.; TORRETTA
TRUCKING, INC.; TOTAL SAFETY CONSULTING,
L.L.C.; TRIO ASBESTOS REMOVAL; TUCCI EQUIPMENT
RENTAL CORP.; TULLY CONSTRUCTION CO.,
INC.; TULLY CONSTRUCTION COMPANY;
TULLY ENVIRONMENTAL INC.; TULLY
INDUSTRIES, INC.; TURNER CONSTRUCTION
CO.; TURNER CONSTRUCTION COMPANY;
TURNER CONSTRUCTION INTERNATIONAL,
LLC.; ULTIMATE DEMOLITION/CS HAULING
(JOINT VENTURE); UNITED STATES REBAR, INC.;
VOLLMER ASSOCIATES LLP.; W HARRIS & SONS
INC.; WEEKS MARINE, INC.; WEIDLINGER
ASSOCIATES, CONSULTING ENGINEERS, P.C.;
WESTFIELD AMERICA, INC; WESTFIELD
WTC HOLDING LLC; WESTFIELD WTC, LLC.;
WFP TOWER D. CO., LP; WHITNEY CONTRACTING
INC., WOLKOW-BRAKER ROOFING CORP.; WORLD
TRADE CENTER PROPERTIES LLC.;
YANNUZZI & SONS, INC; YONKERS
CONTRACTING COMPANY, INC.; YORK HUNTER
CONSTRUCTION, LLC; ZIEGENFUSS DRILLING, INC.;
DEPARTMENT OF BUSINESS SERVICES,
VERIZON NEW YORK INC,,

                                    Defendants.

------------                    -----------------------  ---------------- X

1 WORLD TRADE CENTER LLC
530 Fifth Avenue-18 Floor
New York, New York 10036

1 WTC HOLDINGS LLC
530 Fifth Avenue-18 Floor
New York, New York 10036

120 BROADWAY HOLDING, LLC,
C/O SILVERSTEIN PROPERTIES
530 FIFTH AVENUE-18TH FLOOR
NEW YORK, NY 10036

2 WORLD TRADE CENTER LLC
530 Fifth Avenue-18 Floor
New York, New York 10036

2 WTC HOLDINGS LLC
530 Fifth Avenue 18 Floor
New York, New York 10036

4 WORLD TRADE CENTER LLC
530 Fifth Avenue-18 Floor
New York, New York 10036

4 WTC HOLDINGS LLC
530 Fifth Avenue-18 Floor
New York, New York 10036

5 WORLD TRADE CENTER LLC
530 Fifth Avenue-18 Floor
New York, New York 10036

5 WTC HOLDINGS LLC
530 Fifth Avenue-18 Floor
New York, New York 10036

A RUSSO WRECKING
69 East Avenue
Lawrence, NY 11559

ABM INDUSTRIES, INC.
170 HAMILTON AVENUE
WHITE PLAINS, NEW YORK 10601

ABM JANITORIAL NORTHEAST,
INC.
280 TRUMBULL STREET, 22 FLOOR
NEW YORK, HARTFORD, CT 06103

AMEC CONSTRUCTION
MANAGEMENT, INC.
1633 Broadway 24th Flr
New York, NY 10019

AMEC EARTH &

ANGEL POSHIROUSING
CONTRACTORS INC.,
18-60 45th Street
Astoria, NY 11105

EAGLE SCAFFOLDING CO
67 Mill Street
Amityville, NY 11701

EJ DAVIES, INC.,
1837 Steinway Street
Astoria, NY 11105

EN-TECH CORP
C/O SACKS MONTGOMERY
Attn: Rick Rohr
800 Third Avenue
New York, NY 10022

ET ENVIRONMENTAL
C/O CT CORPORATION SYSTEM
111 Eighth Avenue
New York, NY 10011

EVERGREEN RECYCLING OF
CORONA
127-50 Northern Blvd
Flushing, NY 11368

EWELL W. FINLEY, P.C.,
34-18 Northern Boulevard
Long Island City, NY 11101

EXECUTIVE MEDICAL SERVICES,
P.C.,
15 Canal Road
Pelham Manor, NY 10803

F&G MECHANICAL, INC.,
348 New Country Road
Secaucus, NJ 07094

FELIX EQUITIES, INC.
C/O MATT VERUILEN
202 Lovell Street
Lincolndale, NY 10540

FLEET TRUCKING, INC.
457 BLAKE AVENUE # 1
BROOKLYN, NY 11212

FRANCIS A. LEE COMPANY, A
CORPORATION
41 Bethpage Road
Hicksville, NY 11801

P. & L. CONTRACTING CORP
1 Kalisa Way Ste 301
Paramus, NJ 07652

REGIONAL SCAFFOLD & HOISTING
CO, INC.,
3900 Webster Avenue
Bronx, NY 10470

ROBER SILMAN ASSOCIATES
88 University Place
New York, NY 10003

ROBERT L GEROSA, INC
122 West Sheffield Avenue
Englewood, NJ 07631

ROYAL GM INC.,
112 Clarke Avenue
Staten Island, NY 10306

SAB TRUCKING INC.
C/O SAVERIO ANASTASIO
7 Pironi Court
Woodbury, NY 11797

SAFEWAY ENVIRONMENTAL COR
1379 Commerce Avenue
Bronx, NY 10461

SEASONS INDUSTRIAL CONTRACTING,

SEASONS INDUSTRIAL
CONTRACTING,
266 GREEN VALLEY RD
STATEN ISLAND, NY 10312

SHELDRAKE ORGANIZATION, INC
80 N. Franklin Street
Hempstead, NY 11550

SILVERITE CONTRACTORS
520 Old Country Road
Hicksville, NY 11801

SILVERSTEIN DEVELOPMENT
CORP.
529 Fifth Avenue
New York, NY 10017-4608

SILVERSTEIN PROPERTIES, INC.
530 Fifth Avenue 18 Floor
New York, New York 10036

1.1 Eighth Avenue
New York, NY 10011

ATLANTIC HEYDT CORP
1281 METROPOLITAN AVE
BROOKLYN, NY 11237

BECHTEL CONSTRUCTION, INC.,
C/O CT CORPORATION SYSTEM
111 Eighth Avenue
New York, NY 10011

BECHTEL CORPORATION
C/O CT CORPORATION SYSTEM
111 Eighth Avenue
New York, NY 10011

BECHTEL ENVIRONMENTAL,
INC.,
C/O CT CORPORATION SYSTEM
111 Eighth Avenue
New York, NY 10011

BERKEL & COMPANY,
CONTRACTORS, INC.,
C/O NATIONAL REGISTERED
AGENTS, INC.,
875 Avenue fo the Americas, Suite
501
New York, NY 10001

BFP TOWER C Co. LLC,
C/O UNITED CORPORATE
SERVICES, INC.
10 BANK STREET, SUITE 560
WHITE PLAINS, NY 10606

BIG APPLE WRECKING &
CONSTRUCTION CORP
1379 Commerce Avenue
Bronx, NY 10461

BOVIS LEND LEASE LMB, INC.
c/o Mound Cotton Wollan &
Greengrass
One Battery Park Plaza
New York, NY 10004
Or-
200 Park Avenue
New York, NY 10166

BOVIS LEND LEASE, INC.
c/o Mound Cotton Wollan &
Greengrass
One Battery Park Plaza
New York, NY 10004

FTI TRUCKING
14930 Powells Cove Boulevard
Whitestone, NY 11357

GILSANZ MURRAY STEFICEK,
LLP
129 West 27th Street 5th Flr
New York, NY 10001

GOLDSTEIN ASSOCIATES
CONSULTING ENGINEERS, PLLC
31 West 27th Street
New York, NY 10001

GRACE INDUSTRIES, INC.
151-21 6th Road
Whitestone, NY 11357-1206

HALLEN WELDING SERVICE, INC.
45-24 37th Street
Long Island City, NY 11101

HELMSMAN MANGEMENT
SERVICES, INC.
C/O CORPORATION SYSTEM
111 Eighth Avenue
New York, NY 10011

HGC CONTRACTING CORP
5201 Flushing Ave
Brooklyn, NY 11237

HIGH-RISE ELECTRIC, INC.,
55 W. 58th Street
New York, NY 10019

HIGH-RISE HOISTING AND
SCAFFOLDING, INC
2820 Borden Avenue
Long Island City, NY 11101

JP EQUIPMENT RENTAL
MATERIALS, INC.,
140 GRAND STREET, SUITE 501
WHITE PLAINS, NY 10601

LAQUILA CONSTRUCTION INC
1590 Troy Avenue
Brooklyn, NY 11234

LASTRADA GENERAL
CONTRACTING CORP
118-20 29th Avenue
College Point, NY 11354

New York, New York 10036

SILVERSTEIN WTC FACILITY
MANAGER LLC
530 Fifth Avenue-18 Floor
New York, New York 10036

SILVERSTEIN WTC LLC
530 Fifth Avenue-18 Floor
New York, New York 10036

SILVERSTEIN WTC MGMT CO LLC
530 Fifth Avenue-18 Floor
New York, New York 10036

SILVERSTEIN WTC PROPERTIES
LLC
530 Fifth Avenue 18 Floor
New York, New York 10036

SIMPSON GUMPERTZ & HEGER I
C/O NATIONAL REGISTERED
AGENTS, INC.,
875 Avenue of the Americas, Suite 50
New York, NY 10001

SKIDMORE OWINGS & MERRILL
LLP
14 Wall Street
New York, NY 10005-2101

STAR DELTA ELECTRIC
17 Battery Pl., Room 203
New York, NY 10004

STIER ANDERSON LLC
30 Vreeland Drive
Skillman NJ 08558

SURVIVAIR
3001 S SUSAN ST
SANTA ANA, CA 92704

TISHMAN CONSTRUCTION
CORPORATION
OF MANHATTAN
666 Fifth Avenue
New York, NY 10103

TISHMAN CONSTRUCTION
CORPORATION
OF NEW YORK
666 Fifth Avenue
New York, NY 10103

TISHMAN SPEYER PROPERTIES,

BREEZE CARTING CORP
31 Bay Street
Brooklyn, NY 11231

BREEZE NATIONAL, INC.,
31 Bay Street
Brooklyn, NY 11231

BRER-FOUR TRANSPORTATION
CORP.
33 Hewitt Street
Hicksville, NY 11801

BURO HAPPOLD CONSULTING
ENGINEERS, P.C.,
105 Chambers Street
New York, NY 10007

C & D FIREPROOFING &
PLASTERING CORP
48 Walnut Street
New Rochelle NY 10801

C.B. CONTRACTING CORP
4118 Victory Blvd
Staten Island,NY 10314

CANRON CONSTRUCTION CORP
C/O CT CORPORATION SYSTEM
111 Eighth Avenue
New York, NY 10011

CANTOR SEINUK GROUP
228 East 45th Street
New York, NY 10017

CERTIFIED FENCE CORP.
59 Grant Street
Harrison New York 10528

CIVETTA-COUSINS JV, L.L.C
1100 East 156th Street
Bronx, NY 10474

CLARCOR AIR FILTRATION
PRODUCTS, INC.
C/O CT Corporation Sysytem
111 EIGHTH AVENUE
NEW YORK, NY 10011

COMPONENT ASSEMBLY
SYSTEMS, INC.,
620 Fifth Avenue
Pelham NY 10803

170 Hamilton Avenue
White Plains, NY 10601

LIBERTY MUTUAL INSURANCE
COMPANY
1818 MARKET STREET
PHILADELPHIA, PA 19103

LIBERTY MUTUAL INSURANCE
COMPANY
630 MORRISON ROAD SUITE 300
GAHANNA, OH 43230

LIBERTY MUTUAL INSURANCE
COMPANY
3850 NORTH CAUSEWAY
BOULEVARD SUITE 600
METAIRIE, LA 70002

LIBERTY MUTUAL INSURANCE
COMPANY
165 DARTMOUTH STREET
BOSTON, MA 02116

LIBERTY MUTUAL MANAGED
CARE, INC.,
C/O CT CORPORATION SYSTEM
111 Eighth Avenue
New York, NY 10011

LOCKWOOD KESSLER &
BARTLETT, INC.
One Aerial Way
Syosset, New York 11791

LUCIUS PITKIN, INC
50 Hudson Street
New York, NY 10013-3389

LZA TECH-DIV OF THORTON
TOMASETTI
641 Avenue of the Americas
New York, NY 10011

MANAFORT BROTHERS, INC.
C/O CT CORPORATION SYSTEM
111 Eighth Avenue
New York, NY 10011

MAZZOCCHI WRECKING, INC.
C/O CT CORPORATION SYSTEM
111 Eighth Avenue
New York, NY 10011

MENT BROS. IRON WORKS CO.,

TOMASETTI GROUP
641 Avenue of the Americas
New York, NY 10011

TORRETTA TRUCKING, INC
120 MOUNTAINVIEW AVENUE
STATEN ISLAND, NY 10314

TOTAL SAFETY CONSULTING,
L.L.C
C/O THELLC
5 Court Square
Long Island City, NY 11101

TUCCI EQUIPMENT RENTAL CORP
3495 Rombouts Avenue
Bronx, NY 10475

TULLY CONSTRUCTION CO., INC.
127-50 Northern Blvd
Flushing, NY 11368
Or-
c/o Mound Cotton Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004

TULLY CONSTRUCTION COMPANY
127-50 Northern Blvd
Flushing, NY 11368
Or-
c/o Mound Cotton Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004

TULLY ENVIRONMENTAL INC.
127-50 Northern Blvd
Flushing, NY 11368

TULLY INDUSTRIES, INC.,
127-50 Northern Blvd
Flushing, NY 11368
Or-
c/o Mound Cotton Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004

TURNER CONSTRUCTION CO.
375 Hudson Street
New York, NY 10014

TURNER CONSTRUCTION
COMPANY
375 Hudson Street
New York, NY 10014

COMMUNICATIONS INDUSTRIES
COMPANY, INC.,
4 Irving Place
New York, New York 10003

CONSOLIDATED EDISON
COMPANY OF NEW YORK, INC.,
4 Irving Place
New York, New York 10003

CONSOLIDATED EDISON
DEVELOPMENT, INC.,
4 Irving Place
New York, New York 10003

CONSOLIDATED EDISON
ENERGY, INC.,
4 Irving Place
New York, New York 10003

CONSOLIDATED EDISON
SOLUTIONS, INC.,
4 Irving Place
New York, New York 10003

CONSOLIDATED EDISON, INC.,
4 Irving Place
New York, New York 10003

CONSULTING ENGINEERS, P.C.

COORDINATED METALS, INC.,
626 16th Street
Carlstadt, NJ 07072

CORD CONTRACTING CO., INC
213 Roslyn Road
Roslyn Height, NY 11577

CRAIG TEST BORING COMPANY
INC.
PO Box 427
Mays Landing, NJ 08330

CRITICOM INTERNATIONAL
CORPORATION
99 Pine Street, 3rd Floor
Albany, NY 12207

CUSHMAN & WAKEFIELD, INC,
C/O CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY 10006

D'ONOFRIO GENERAL
CONTRACTORS CORP

MERIDIAN CONSTRUCTION
CORP.
29 Grasmere Court
Staten Island, NY 10305

MOODY'S INVESTORS SERVICE,
C/O CT CORPORATION SYSTEM
111 8TH AVENUE
NEW YORK, NY 10011

MRA ENGINEERING P.C.,
600 Hempstead Turnpike
West Hempstead, NY 11552-1036

MUESER RUTLEDGE
CONSULTING ENGINEERS
225 West 34th Street
New York, NY 10122

MUSCO SPORTS LIGHTING, LLC
C/O CT CORPORATION SYSTEM
111 Eighth Avenue
New York, NY 10011

NACIREMA INDUSTRIES
INCORPORATED
211 West 5th Street
Bayonne, NJ 07002

NEW YORK CRANE &
EQUIPMENT CORP.
Brooklyn Navy Yard
Brooklyn, NY 11205

NICHOLSON CONSTRUCTION
COMPANY
C/O CT CORPORATION SYSTEM
111 Eighth Avenue
New York, NY 10011

NYC INDUSTRIAL DEVELOPMENT
AGENCY
C/O SILVERSTEIN PROPERTIES
530 FIFTH AVENUE-18TH FLOOR
NEW YORK, NY 10035

OLYMPIC PLUMBING & HEATING
CORP
COOPERMAN LEVITT &
WINIKOFF, P.C.
1129 Northern Boulevard
Manhasset, NY 11030

OVE ARUP & PARTNERS P.C.,

New York, NY 10014

ULTIMATE DEMOLITIONS/CS
HAULING
500 New Street
Oceanside, NY 11572

UNITED STATES REBAR, INC.,
332 N. Main Street
Freeport, NY 11520

VOLLMER ASSOCIATES LLP
50 West 23rd Street
New York, NY 10010

W HARRIS & SONS INC
37 West Washington Avenue
Pearl River, NY 10965

WEEKS MARINE, INC.
4 Commerce Drive
Cranford, NJ 07016

WEIDLINGER ASSOCIATES,
CONSULTING ENGINEERS, P.C.,
375 Hudson Street, 12th Floor
New York, NY 10014

WESTFIELD AMERICA, INC.
11601 Wilshire Boulevard
Los Angeles, CA 90025

WESTFIELD WTC HOLDING LLC,
C/O CT Corporation System
111 Eighth Avenue
New York, NY 10011

WESTFIELD WTC, LLC
C/O CT Corporation System
111 Eighth Avenue
New York, NY 10011

WFP TOWER D. CO., LP,
222 BROADWAY
NEW YORK, NY 10006

WHITNEY CONTRACTING INC.
636 Saw Mill River Road
Yonkers, NY 10701

WOLKOW-BRAKER ROOFING COI
c/o WILLIAM ROTHBERG
18 Court Street, Suite 2200
Brooklyn, NY 11241

DAKOTA DEMO TECH
140 Old Northport Road
Kings Park, NY 11754

DCM ERECTORS, INC.
110 E. 42nd Street, Ste 1710
New York, NY 10017

DIAMOND POINT EXCAVATING
CORP
c/o ELIZABETH L. CROZZOLI
134-32 57th Avenue
Flushing, NY 11355

DIEGO CONSTRUCTION, INC.
C/O BUCKLEY TREACY
SCHAFFEL MACKEY ABBATE &
MOORE, ESQS
1157 60th Street
Brooklyn, NY 11209

DIVERSIFIED CARTING, INC.
29 Garfield Avenue
Bayshore, NY 11706

DMT ENTERPRISE, INC.
255 Lake Avenue
Yonkers, NY 10701

EAGLE LEASING & INDUSTRIAL
SUPPLY
1726 FLATBUSH AVENUE
BROOKLYN, NY 11210

PARSON GROUP
70 East 55th Street 5th Floor
New York, NY 10022

PETER SCALAMANDRE & SONS,
INC.
157 Albany Avenue
Freeport, NY 11520

PINNACLE ENVIRONMENTAL
CORP
c/o Paul O'Brien
64-54 Maurice Avenue
Maspeth, NY 11378

PLAZA CONSTRUCTION CORP.
140 Palma Drive
New York, NY 10304

PLAZA CONSTRUCTION
MANAGMENT CORP.
43 New Dorp Plaza
Staten Island, NY 10014

PRO SAFETY SERVICES, LLC
c/o John Raucci
2500 Westchester Avenue
Purchase, NY 10577

1095 Avenue of the Americas-18 Floor
New York, New York 10036

YANNUZZI & SONS INC
56 Oakwood Avenue
Orange, NJ 07050

YONKERS CONTRACTING
COMPANY, INC.,
969 Midland Avenue
Yonkers NY 10704

YORK HUNTER CONSTRUCTION,
LLC
107 Old Goshen Road
South Seaville, NJ 08246

ZIGENFUSS DRILLING, INC.,
C/O CT CORPORATION SYSTEM
111 Eighth Avenue
New York, NY 10011

Department Of Business Services
110 William Street
New York, NY 10038

VERIZON NEW YORK INC,
1095 Avenue of the Americas
New York, NY 10036-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

SANTIAGO ALVEAR

Plaintiffs,

- against -

1 WORLD TRADE CENTER LLC; 1 WTC
HOLDINGS LLC; 2 WORLD TRADE CENTER LLC.;
2 WTC HOLDINGS LLC.; 4 WORLD TRADE
CENTER LLC.; 4 WTC HOLDING LLC.; 5 WORLD
TRADE CENTER LLC.; 5 WTC HOLDING LLC.; A
RUSSO WRECKING, INC.; ABM; ABM INDUSTRIES,
INC.; ABM JANITORIAL NORTHEAST, INC.;
AMEC CONSTRUCTION MANAGEMENT, INC.;
AMEC EARTH & ENVORONMENTAL, INC.;
ANTHONY CORTESE SPECIALIZED HAULING LLC.;
ATLANTIC HEYDT CORP.; BECHTEL CONSTRUCTION,
INC.; BECHTEL CORPORATION; BECHTEL
ENVIRONMENTAL, INC.; BERKEL & COMPANY,
CONTRACTORS, INC.; BFP TOWER C CO. LLC; BIG
APPLE WRECKING & CONSTRUCTION CORP.;
BOSTON PROPERTIES; BOVIS LEND LEASE LMB,
INC.; BOVIS LEND LEASE, INC.; BREEZE
CARTING CORP.; BREEZE NATIONAL INC.;
BRER-FOUR TRANSPORTATION CORP.; BURO
HAPPOLD CONSULTING ENGINEERS, P.C.; C & D
FIREPROOFING & PLASTERING CORP.; C.B.
CONTRACTING CORP; CANRON CONSTRUCTION
CORP.; CANTOR SEINUK GROUP; CERTIFIED FENCE
CORP.; CIVETTA-COUSINS JV, L.L.C.; CLARCOR
AIR FILTRATION PRODUCTS, INC.; COMPONENT
ASSEMBLY SYSTEMS, INC.; CONSOLIDATED
EDISON COMMUNICATIONS HOLDING
COMPANY, INC.; CONSOLIDATED EDISON
COMPANY OF NEW YORK, INC.;
CONSOLIDATED EDISON DEVELOPMENT, INC.;
CONSOLIDATED EDISON ENERGY, INC.;

21 MC 100 (AKH)

DOCKET NO.

CHECK-OFF ("SHORT FORM")
COMPLAINT
RELATED TO THE
MASTER COMPLAINT

PLAINTIFF(S) DEMAND A TRIAL BY
JURY


RECEIVED
13 2 0 2006
U.S.D.C. S.D. N.Y.
CASHIERS

CONSOLIDATED EDISON SOLUTIONS, INC.;
CONSOLIDATED EDISON, INC.; COORDINATED
METALS, INC.; CORD CONTRACTING CO., INC.;
CRAIG TEST BORING COMPANY INC.; CRITICOM
INTERNATIONAL CORPORATION; CUSHMAN &
WAKEFIELD, INC; D'ONOFRIO GENERAL
CONTRACTORS CORP.; DAKOTA DEMO-TECH,
INC.; DCM ERECTORS, INC.; DIAMOND POINT
EXCAVATING CORP.; DIEGO CONSTRUCTION,
INC.; DIVERSIFIED CARTING, INC.; DMT
ENTERPRISE, INC.; EAGLE LEASING & INDUSTRIAL
SUPPLY, INC.; EAGLE ONE ROOFING
CONTRACTORS INC; EAGLE SCAFFOLDING CO.,
INC.; EJ DAVIES, INC.; EN-TECH CORP.; ET
ENVIRONMENTAL; EVERGREEN RECYCLING OF
CORONA(EROC); EWELL W. FINLEY, P.C.;
EXECUTIVE MEDICAL SERVICES, P.C.; F&G
MECHANICAL, INC.; FELIX EQUITES, INC.;
FLEET TRUCKING, INC.; FRANCIS A. LEE
EXTERIOR RESTORATION, INC ; FRANK
MICELLI JR.CONTRACTING, INC.; FTI
TRUCKING, INC.; GILSANZ, MURRAY, & STEFICEK,
LLP., GOLDSTEIN ASSOCIATES CONSULTING ENGINEERS,
PLLC.; GRACE INDUSTRIES, INC.; HALLEN WELDING
SERVICE, INC., HELMSMAN MANAGEMENT SERVICES, INC.;
HGC CONTRACTING CORP.; HIGH-RISE ELECTRIC, INC.;
HIGH RISE HOISTING AND SCAFFOLDING, INC.;
JP EQUIPMENT RENTAL MATERIALS, INC;
LAQUILA CONSTRUCTION INC ; LASTRADA
GENERAL CONTRACTING CORP.; LESLIE E. ROBERTSON
ASSOCIATES CONSULTING ENGINEERS P.C.; LIBERTY
MUTUAL INSURANCE COMPANY; LIBERTY
MUTUAL MANAGED CARE INC.; LOCKWOOD,
KESSLER & BARTLETT, INC.; LUCIUS PITKIN, INC.; LZA
TECH-DIV OF THORTON TOMASETTI; MANAFORT
BROTHERS INCORPORATED; MAZZOCCHI WRECKING, INC.;
MENT BROS. IRON WORKS CO., INC.; MERIDIAN
CONSTRUCTION GROUP; MOODY'S INVESTORS
SERVICE; MRA ENGINEERING, PC; MUESER
RUTLEDGE CONSULTING ENGINEERS, INC;
MUSCO SPORTS LIGHTING, LLC.; NACIREMA INDUSTRIES
INCORPORATED; NEW YORK CRANE & EQUIPMENT CORP.;
NYC INDUSTRIAL DEVELOPMENT AGENCY; NICHOLSON
CONSTRUCTION COMPANY; OLYMPIC PLUMBING &
HEATING CORP.; OVE ARUP & PARTNERS P.C., PARSON
GROUP, INC.; PETER SCALAMANDRE & SONS, INC.;
PINNACLE; PINNACLE ENVIRONMENTAL CORP.;PLAZA
CONSTRUCTION CORP.; PLAZA CONSTRUCTION

MANAGEMENT CORP.; PRO SAFETY SERVICES LLC.;
PT & L CONTRACTING CORP., REGIONAL
SCAFFOLDING & HOISTING CO., INC.; ROBER SILMAN
ASSOCIATES; ROBERT ERRAT; ROBERT L.
GEROSA, INC.; ROYAL GM, INC; SAB TRUCKING
INC.; SAFEWAY ENVIRONMENTAL CORP.; SEASONS
INDUSTRIAL CONTRACTING; SHELDRAKE ORGANIZATION,
INC.; SILVERITE CONTRACTING CORPORATION;
SILVERSTEIN DEVELOPMENT CORP;
SILVERSTEIN PROPERTIES INC; SILVERSTEIN
PROPERTIES; SILVERSTEIN WTC FACILITY
MANAGER LLC.; SILVERSTEIN WTC LLC;
SILVERSTEIN WTC MGMT CO. LLC.;
SILVERSTEIN WTC PROPERTIES LLC.; SIMPSON
GUMPERTZ & HEGER INC.; SKIDMORE, OWING & MERRILL
LLP; STAR DELTA ELECTRIC, INC.; STIER
ANDERSON, LLC.; SURVIVAIR; TISHMAN
CONSTRUCTION CORPORATION OF
MANHATTAN; TISHMAN CONSTRUCTION
CORPORATION OF NEW YORK; TISHMAN SPEYER
PROPERTIES; TOMASETTI GROUP, INC.;
TORRETTA TRUCKING, INC.; TOTAL SAFETY
CONSULTING, L.L.C.; TRIO ASBESTOS REMOVAL; TUCCI
EQUIPMENT RENTAL CORP.; TULLY CONSTRUCTION
CO., INC.; TULLY CONSTRUCTION COMPANY;
TULLY ENVIRONMENTAL INC.; TULLY
INDUSTRIES, INC.; TURNER CONSTRUCTION
CO.; TURNER CONSTRUCTION COMPANY;
TURNER CONSTRUCTION INTERNATIONAL,
LLC.; ULTIMATE DEMOLITION/CS HAULING
(JOINT VENTURE); UNITED STATES REBAR, INC.;
VOLLMER ASSOCIATES LLP.; W HARRIS & SONS INC.;
WEEKS MARINE, INC.; WEIDLINGER ASSOCIATES,
CONSULTING ENGINEERS, P.C.; WESTFIELD
AMERICA, INC; WESTFIELD WTC HOLDING LLC;
WESTFIELD WTC, LLC.; WFP TOWER D. Co., LP;
WHITNEY CONTRACTING INC.; WOLKOW-BRAKER
ROOFING CORP.; WORLD TRADE CENTER
PROPERTIES LLC.; YANNUZZI & SONS, INC;
YONKERS CONTRACTING COMPANY, INC.; YORK HUNTER
CONSTRUCTION, LLC; ZIEGENFUSS DRILLING, INC.;
DEPARTMENT OF BUSINESS SERVICES,
VERIZON COMMUNICATIONS, INC,

                              Defendants.

By Order of the Honorable Alvin K. Hellerstein, United States District Judge, dated May 12, 2005, ("the Order"), a Master Complaint for all Plaintiffs was filed on May 12, 2005.

## NOTICE OF ADOPTION

All headings and paragraphs in the Master Complaint are applicable to and are adopted by the instant Plaintiff(s) as if fully set forth herein in addition to those paragraphs specific to the individual Plaintiff(s), which are listed below. These are marked with an "☑" if applicable to the instant Plaintiff(s), and specific case information is set forth, as needed, below.

Plaintiffs, SANTIAGO ALVEAR, by his/her/their attorneys WORBY GRONER EDELMAN & NAPOLI BERN, LLP, complaining of Defendant(s), respectfully allege:

# I.  PARTIES

## A. PLAINTIFF(S)

1.       Plaintiff,                    (hereinafter the "Injured Plaintiff"), is an individual and a citizen of the State of New York residing at _____ .

(OR)

2.       Alternatively,

A. ☑  Plaintiff, SANTIAGO ALVEAR (hereinafter the "Injured Plaintiff"), is an individual and a citizen of New Jersey residing at 104A 40th Street, Union City, NJ 07087-.

B. ___ _____ as the _____ ____ of Decedent _____ ____ and brings this claim in his (her) capacity as of the Estate of _ _____ ____.

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

3.   ☐ Plaintiff, _____ . _____ (hereinafter the "Derivative Plaintiff), is a

citizen of __ . _____ .residing at _____ . . __, and has the following relationship to the

Injured Plaintiff:

☐ SPOUSE at all relevant times herein, is and has been lawfully married to Plaintiff

. . _____, and brings this derivative action for her (his) loss due to the

injuries sustained by her husband (his wife), Plaintiff ____.____ .  . . .

☐ Parent

☐ Child

Other: _____ .  ... _____

4.   In the period from 10/1/2001 to 10/15/2001 the Injured Plaintiff worked for Kiss
Construction, Inc., and LBI - ABAS as a and Handler at:

*Please be as specific as possible when filling in the following dates and locations*

i.   ☑ The World Trade Center Site

1.  Location(s) (*i.e.*, building, quadrant, etc.) __ .__ ..    . .
_____ ___ ___
2.  From on or about 10/1/2001 until 10/15/2001;
3.  Approximately 12 hours per day; for
4.  Approximately 13 days total.

ii.   ☐ The New York City Medical Examiner's Office

1.  From on or about _____ until . ___ ___ .  .  ___
2.  Approximately _____ hours per day; for
3.  Approximately _____ days total.

iii.   ☐ The Fresh Kills Landfill

**Please read this document carefully.**
**It is very important that you fill out each and every section of this document.**

3 of 13

1. From on or about ____ _____ until _____;
2. Approximately _____ hours per day; for
3. Approximately _____ days total.

iv. ___ The Barge

i. From on or about _____ until ____ ___ . __.
2. Approximately _____ hours per day; for
3. Approximately _____ days total.

v. ___ **Other:*** For injured plaintiffs who worked at Non-WTC Site building or location. The injured plaintiff worked at the address/location, for the dates alleged, for the hours per day, for the total days, and for the employer, as specified below:

1. From on or about _____ until _____;
2. Approximately _____ hours per day; for
3. Approximately _____ days total;
4. Name and Address of Non-WTC Site Building/Worksite:
   Stuyvesant High School, 345 Chambers Street, at North End Avenue,

   New York, NY

   Verizon, 140 West Street, New York, NY10007-

   *Continue this information on a separate sheet of paper if necessary.*

*If more space is needed to specify "Other" locations, please annex a separate sheet of paper with the information.*

5. Injured Plaintiff

☑ Was exposed to and breathed noxious fumes on all dates, at the site(s) indicated above;

☑ Was exposed to and inhaled or ingested toxic substances and particulates on all dates at the site(s) indicated above;

☑ Was exposed to and absorbed or touched toxic or caustic substances on all dates at the site(s) indicated above;

☑ Other: Not yet determined._____ __ _____

_____ _____ — __ _____ _ __ __

***Please read this document carefully.***
***It is very important that you fill out each and every section of this document.***

6.    Injured Plaintiff

☑    Has not made a claim to the Victim Compensation Fund.  Pursuant to
§405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49
U.S.C. § 40101, the issue of waiver is inapplicable.

⬚    Made a claim to the Victim Compensation Fund that was denied.  Pursuant to §
405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49
U.S.C. § 40101, the issue of waiver is inapplicable

⬚    Made a claim to the Victim Compensation Fund, that was subsequently withdrawn
by Ground-Zero Plaintiff.  Pursuant to § 405(c)(3)(B)(i) of the Air Transportation
Safety and System Stabilization Act, 49 U.S.C. § 40101, the issue of waiver is
inapplicable.

⬚    Made a claim to the Victim Compensation Fund that was granted. Pursuant to §
405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49
U.S.C. § 40101, Ground Zero-Plaintiff has waived her/his right(s) to pursue any
further legal action for the injuries-identified in said claim.


**B.  DEFENDANT(S)**

The following is a list of all Defendant(s) named in the Master Complaint.  If checked, all

paragraphs pertaining to that Defendant are deemed pleaded herein.

⬚    THE CITY OF NEW YORK

⬚    A Notice of Claim was timely filed and served on _____ and

⬚    pursuant to General Municipal Law §50-h the CITY _____ (OR)

⬚    The City has yet to hold a hearing as required by General Municipal Law
§50-h

⬚    More than thirty days have past and the City has not adjusted the claim

(AND/OR)

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

5 of 13

An Order to Show Cause application to

deem Plaintiff's (Plaintiffs') Notice of Claim timely filed, or in the alternative to grant Plaintiff(s) leave to file a late Notice of Claim *Nunc Pro Tunc* (for leave to file a late Notice of Claim *Nunc Pro Tunc*) has been filed and a determination

     is pending

     Granting petition was made on _____

     Denying petition was made on _____

PORT AUTHORITY OF NEW YORK AND NEW JERSEY ["PORT AUTHORITY"]

A Notice of Claim was filed and served pursuant to Chapter 179, §7 of The Unconsolidated Laws of the State of New York on

More than sixty days have elapsed since the Notice of Claim was filed, (and)

the PORT AUTHORITY has adjusted this claim

the PORT AUTHORITY has not adjusted this claim.

☑      1 WORLD TRADE CENTER, LLC

☑      1 WTC HOLDINGS, LLC

☑      2 WORLD TRADE CENTER, LLC

☑      2 WTC HOLDINGS, LLC

☑      4 WORLD TRADE CENTER, LLC

☑      4 WTC HOLDINGS, LLC

☑      5 WORLD TRADE CENTER, LLC

☑      5 WTC HOLDINGS, LLC

☑      AMEC CONSTRUCTION MANAGEMENT, INC.

☑      BECHTEL ASSOCIATES PROFESSIONAL CORPORATION

☑      BECHTEL CONSTRUCTION, INC.

☑      BECHTEL CORPORATION

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

☑      BECHTEL ENVIRONMENTAL, INC.

☑      BOVIS HOLDINGS LIMITED

☑      BOVIS INTERNATIONAL, INC.

☑      BOVIS LEND LEASE, INC.

☑      BOVIS LEND LEASE INTERIORS, INC.

☑      BOVIS LEND LEASE LMB, INC.

☑      CONSOLIDATED EDISON COMMUNICATIONS HOLDING COMPANY, INC.

☑      CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.

☑      CONSOLIDATED EDISON DEVELOPMENT, INC.

☑      CONSOLIDATED EDISON ENERGY, INC.

☑      CONSOLIDATED EDISON, INC.

☑      CONSOLIDATED EDISON SOLUTIONS, INC.

☑      LIBERTY MUTUAL MANAGED CARE, INC.

☑      PLAZA CONSTRUCTION CORP.

☑      PLAZA CONSTRUCTION MANAGEMENT CORP.

☑      SILVERSTEIN PROPERTIES

☑      SILVERSTEIN PROPERTIES, INC.

☑      SILVERSTEIN WTC FACILITY MANAGER, LLC

☑      SILVERSTEIN WTC, LLC

☑      SILVERSTEIN WTC MANAGEMENT CO., LLC

☑      SILVERSTEIN WTC PROPERTIES, LLC

☑      TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN

☑      TISHMAN CONSTRUCTION CORPORATION OF NEW YORK

☑      TULLY CONSTRUCTION CO., INC.

☑      TULLY CONSTRUCTION COMPANY

☑      TULLY ENVIRONMENTAL INC.

☑      TULLY INDUSTRIES, INC.

☑      TURNER CONSTRUCTION CO.

☑      TURNER CONSTRUCTION COMPANY

☑      TURNER CONSTRUCTION INTERNATIONAL, LLC

☑      TURNER/PLAZA, A JOINT VENTURE

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

- ☑ WESTFIELD AMERICA, INC.
- ☑ WESTFIELD WTC, LLC, NOW KNOWN AS WTC RETAIL, LLC
- ☑ WESTFIELD WTC HOLDING, LLC
- ☑ WORLD TRADE CENTER PROPERTIES, LLC
- ☑ OTHER: <u>SEE ADDENDUM A</u>

☐ Non-WTC Site Building Owner

Name: _____      _____      _____

Business/Service Address: _____     ___     _____

Building/Worksite Address: _____  __     _____     __

☐ Non-WTC Site Lessee

Name: _____     _____     _____

Business/Service Address: _____     _____

Building/Worksite Address: _____  __     _____

☐ Non-WTC Site Building Managing Agent

Name: _____     _____     _____

Business/Service Address: __     _____     __

Building/Worksite Address: __     _____     _____

## II.  JURISDICTION

The Court's jurisdiction over the subject matter of this action is:

☐ Founded upon Federal Question Jurisdiction; specifically

☐ Air Transport Safety & System Stabilization Act of 2001, (or)

☐ Federal Officers Jurisdiction, (or)

☐ Other (specify): __     ___ _____

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

8 of 13

☑      Contested, but the Court has already determined that it has removal

jurisdiction over this action, pursuant to 28 U.S.C. § 1441

# III.  CAUSES OF ACTION

Plaintiff(s) seeks damages against the above named defendants based upon the following theories

of liability, and asserts each element necessary to establish such a claim under the applicable substantive

law:

☑      Breach of the defendants' duties and obligations pursuant to the
New York State Labor Law(s) including §§ 200 and 240

☑      Breach of the defendants' duties and obligations pursuant to the
New York State Labor Law 241(6)

☑      Pursuant to New York General Municipal Law §205 a

☑      Pursuant to New York General Municipal Law §205-e

☑      Common Law Negligence

☑      Medical Monitoring

☑      Fear of Cancer

☑      Fraud and Misrepresentation

        ☑  Air Quality;

        ☑  Effectiveness of Mask Provided;

        ☐  Effectiveness of Other Safety Equipment Provided
(specify: _____ );

        ☑    Other(specify): Not yet determined. _____

☐      Wrongful Death

☐      Loss of Services/Loss of Consortium for Derivative Plaintiff

☐      Other: _____

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

# IV. CAUSATION, INJURY AND DAMAGE

1.     As a direct and proximate result of defendant's culpable actions in the rescue and/or

recovery and/or construction, renovation, alteration, demolition and all work performed at the premises,

the injured Plaintiff sustained (including, but not limited to) the following injuries:

       Abdominal Pain
       Date of onset: _____
       Date physician first connected this injury to WTC work: _____

☑      Asthma
       Date of onset: 3/21/2003
       Date physician first connected this injury to WTC work: To be supplied at a
       later date

       Brain Tumor
       Date of onset: _____
       Date physician first connected this injury to WTC work: _____

       Burns
       Location of burn (body part/percent) _____;
       Date of onset: _____
       Date physician first connected this injury to WTC work: _____

       Chronic Bronchitis
       Date of onset: _____
       Date physician first connected this injury to WTC work: _____

☑      Chronic Cough
       Date of onset: To be supplied at a later date
       Date physician first connected this injury to WTC work: To be supplied at a
       later date

       Chronic Obstructive Lung Disease
       Date of onset: _____
       Date physician first connected this injury to WTC work: _____

       Dermatitis
       Date of onset: _____
       Date physician first connected this injury to WTC work: _____

☑      Fear of Cancer
       Date of onset: 6/6/2005
       Date physician first connected this injury to WTC work: To be supplied at a

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

later date

☐ Gastric Reflux
Date of onset: _____
Date physician first connected this injury to WTC work: __    ____

☐ Hypertension
Date of onset: ___    ____ . __
Date physician first connected this injury to WTC work: _____ _____

☐ Indigestion
Date of onset: _____   _____
Date physician first connected this injury to WTC work: __    ____

☐ Insomnia
Date of onset: __    ___   ___
Date physician first connected this injury to WTC work: _ _____    ..

☐ Leukemia
Date of onset: _____ _____ .
Date physician first connected this injury to WTC work: _____

☐ Lung Cancer
Date of onset: ____   ____
Date physician first connected this injury to WTC work: __   _____ ..

☐ Lymphoma
Date of onset: ____   ____
Date physician first connected this injury to WTC work: _ _____

☐ Nausea
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐ Pulmonary Fibrosis
Date of onset: __   _____ .
Date physician first connected this injury to WTC work: ___    _____

☑ Shortness of Breath
Date of onset: 6/6/2005
Date physician first connected this injury to WTC work: To be supplied at a later date

☑ Sinusitis
Date of onset: 3/21/2003
Date physician first connected this injury to WTC work: To be supplied at a

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

later date

☑     Other: Chronic Headaches; Headaches, Dizziness, Migraines; Rhinitis; Sore
Throat; and Throat Problems
Date of onset: 3/21/2003
Date physician first connected this injury to WTC work: To be supplied at a
later date

*NOTE: The foregoing is NOT an exhaustive list of injuries that may be alleged.*

     2.     As a direct and proximate result of the injuries identified in paragraph "1", above, the Ground Zero Plaintiff has in the past suffered and/or will in the future suffer the following compensable damages.

     ☑     Pain and suffering

     ☑     Loss of the pleasures of life

     ☑     Loss of earnings and/or impairment of earning capacity

     ☑     Loss of retirement benefits/diminution of retirement benefits

     ☑     Expenses for medical care, treatment, and rehabilitation

     ☑     Other:

         ☑ Mental anguish

         ☑ Disability

         ☑ Medical monitoring

         ☑ Other: Not yet determined. _____

     3.     As a direct and proximate result of the injuries described *supra*, the derivative plaintiff(s), if any, have in the past suffered and/or will in the future suffer a loss of the love, society, companionship, services, affection, and support of the plaintiff and such other losses, injuries and damages for which compensation is legally appropriate.

***Please read this document carefully.***
***It is very important that you fill out each and every section of this document.***

**WHEREFORE**, plaintiff(s) respectfully pray that the Court enter judgment in his/her/their favor and against defendant(s) for damages, costs of suit and such other, further and different relief as may be just and appropriate.

**Plaintiff(s) demands that all issues of fact in this case be tried before a properly empanelled jury.**

Dated: New York, New York
    March 20, 2006

Yours, etc.,

**Worby, Groner Edelman & Napoli Bern, LLP**
Attorneys for Plaintiff(s), Santiago Alvear

By: _____

Denise A. Rubin (DAR 5591)
115 Broadway, 12th Floor
New York, New York  10006
Phone:  (212) 267-3700

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

## ADDENDUM A

Plaintiff(s), Santiago  Alvear repeat(s), reiterate(s), and reallege(s) paragraphs 331 through paragraph 505 of the Master Complaint with the same force and effect as if set forth more fully at length therein as against the following defendants:

|  |  |
|---|---|
| ☐ | 150 BROADWAY N.Y. ASSOCS. L. P., |
| ☐ | 160 WATER ST. INC |
| ☐ | 30 BROAD STREET ASSOCIATES, LLC, |
| ☑ | A RUSSO WRECKING |
| ☑ | ABM INDUSTRIES, INC. |
| ☑ | ABM JANITORIAL NORTHEAST, INC. |
| ☑ | AMEC EARTH & ENVIRONMENTAL., INC. |
| ☑ | ATLANTIC HEYDT CORP |
| ☑ | BECHTEL CONSTRUCTION, INC |
| ☑ | BECHTEL CORPORATION |
| ☑ | BECHTEL ENVIRONMENTAL, INC., |
| ☑ | BERKEL & COMPANY, CONTRACTORS, INC. |
| ☐ | BFP ONE LIBERTY PLAZA CO., LLC, |
| ☑ | BFP TOWER C CO. LLC, |
| ☑ | BIG APPLE WRECKING & CONSTRUCTION CORP |
| ☐ | BOSTON PROPERTIES, |
| ☐ | BRANCH SERVICES |
| ☑ | BREEZE CARTING CORP |
| ☑ | BREEZE NATIONAL, INC. |
| ☑ | BRER-FOUR TRANSPORTATION CORP. |
| ☐ | BROOKFIELD FINANCIAL PROPERTIES, INC., |
| ☐ | BROWN HARRIS STEVENS, |
| ☑ | BURO HAPPOLD CONSULTING ENGINEERS, P.C. |
| ☑ | C & D FIREPROFFING & PLASTERING CORP |

☑      C.B. CONTRACTING CORP

☐      CALEDONIAN INSURANCE COMPANY

☑      CANRON CONSTRUCTION CORP

☑      CANTOR SEINUK GROUP

☐      CAPITAL PROPERTIES, INC,

☐      CARLOS CONSTRUCTION

☑      CERTIFIED FENCE CORP.

☑      CIVETTA-COUSINS JV, L.L.C

☑      CLARCOR AIR FILTRATION PRODUCTS, INC.

☑      COMPONENT ASSEMBLY SYSTEMS, INC.

☑      CONSULTING ENGINEERS, P C.

☐      COOPER SQUARE REALTY, INC,

☑      COORDINATED METALS, INC.

☑      CORD CONTRACTING CO., INC

☑      CRAIG TEST BORING COMPANY INC.

☑      CRITICOM INTERNATIONAL CORPORATION

☑      CUSHMAN & WAKEFIELD, INC,

☑      DAKOTA DEMO-TECH

☑      DCM ERECTORS, INC

☑      DEPARTMENT OF BUSINESS SERVICES

☐      DEUTSCHE BANK

☑      DIAMOND POINT EXCAVATING CORP

☑      DIEGO CONSTRUCTION, INC.

☑      DIVERSIFIED CARTING, INC.

☑      DMT ENTERPRISE, INC.

☑      D'ONOFRIO GENERAL CONTRACTORS CORP

☑      EAGLE LEASING & INDUSTRIAL SUPPLY

☑      EAGLE ONE ROOFING CONTRACTORS INC.

☑      EAGLE SCAFFOLDING CO

☑      EJ DAVIES, INC.

☐      EMPIRE STATE PROPERTIES, INC

☑      EN-TECH CORP

☑      ET ENVIRONMENTAL

☑      EVERGREEN RECYCLING OF CORONA

☑      EWELL W. FINLEY, P.C.

☑      EXECUTIVE MEDICAL SERVICES, P.C.

☑      F&G MECHANICAL, INC.

☑      FELIX EQUITIES, INC.

☑      FLEET TRUCKING, INC.

☑      FRANCIS A. LEE COMPANY, A CORPORATION

☑      FRANCIS MICELLI JR CONTRACTING

☑      FTI TRUCKING

☑      GILSANZ MURRAY STEFICEK, LLP

☐      GLO MANAGEMENT, INC.,

☑      GOLDSTEIN ASSOCIATES CONSULTING ENGINEERS, PLLC

☑      GRACE INDUSTRIES, INC.

☐      GRUBB & ELLIS MANAGEMENT SERVICES, INC.,

☑      HALLEN WELDING SERVICE, INC.

☑      HELMSMAN MANGEMENT SERVICES, INC.

☑      HGC CONTRACTING CORP

☑      HIGH-RISE ELECTRIC, INC.

☑      HIGH-RISE HOISTING AND SCAFFOLDING, INC

☐      J.P. MORGAN CHASE CORPORATION,

☐      JEMB REALTY CORP

☑      JP EQUIPMENT RENTAL MATERIALS, INC

☐      KIBEL COMPANIES,

☑      LAQUILA CONSTRUCTION INC

☑      LASTRADA GENERAL CONTRACTING CORP

☐      LEFRAK ORGANIZATION INC

☑      LESLIE E. ROBERTSON ASSOCIATES CONSULTING ENGINEER P.C.

☑      LIBERTY MUTUAL INSURANCE COMPANY

☑     LIBERTY MUTUAL INSURANCE COMPANY

☑     LIBERTY MUTUAL INSURANCE COMPANY

☑     LIBERTY MUTUAL INSURANCE COMPANY

☑     LIBERTY MUTUAL MANAGED CARE, INC.

☑     LOCKWOOD KESSLER & BARTLETT, INC.

☑     LUCIUS PITKIN, INC

☑     LZA TECH-DIV OF THORTON TOMASETTI

☑     MANAFORT BROTHERS, INC.

    MAYORE ESTATES LLC,

☑     MAZZOCCHI WRECKING, INC.

☑     MEDCORE MEDICAL AND HOSPITAL SUPPLY

☑     MENT BROS. IRON WORKS CO., INC.

☑     MERIDIAN CONSTRUCTION CORP.

    MILFORD MANAGEMENT CORP,

    MILSTEIN PROPERTIES CORP.,

☑     MOODY'S INVESTORS SERVICE,

☑     MRA ENGINEERING P.C.

☑     MUESER RUTLEDGE CONSULTING ENGINEERS

    MURRAY HILL PROPERTIES,

☑     MUSCO SPORTS LIGHTING, LLC

☑     NACIREMA INDUSTRIES INCORPORATED

☑     NEW YORK CRANE & EQUIPMENT CORP.

☑     NICHOLSON CONSTRUCTION COMPANY

☑     NYC INDUSTRIAL DEVELOPMENT AGENCY,

☑     OLYMPIC PLUMBING & HEATING CORP

    ONE WALL STREET CORPORATION,

☑     OVE ARUP & PARTNERS P.C.

☑     PARSON GROUP

☑     PETER SCALAMANDRE & SONS, INC.

☑     PINNACLE ENVIRONMENTAL CORP

☑     PRO SAFETY SERVICES, LLC

☑ PT & L CONTRACTING CORP

☑ REGIONAL SCAFFOLD & HOISTING CO, INC.

☑ ROBER SILMAN ASSOCIATES

☑ ROBERT L GEROSA, INC

☐ ROCKROSE DEVELOPMENT CORP,

☑ ROYAL GM INC.

☐ RY MANAGEMENT

☑ SAB TRUCKING INC.

☑ SAFEWAY ENVIRONMENTAL CORP

☐ SAKELE BROTHERS, L.L.C,

☑ SEASONS INDUSTRIAL CONTRACTING

☑ SHELDRAKE ORGANIZATION, INC.

☑ SILVERITE CONTRACTORS

☑ SILVERSTEIN DEVELOPMENT CORP.

☑ SILVERSTEIN WTC PROPERTIES LLC

☑ SIMPSON GUMPERTZ & HEGER INC

☑ SKIDMORE OWINGS & MERRILL LLP

☑ STAR DELTA ELECTRIC

☑ STIER ANDERSON LLC

☑ SURVIVAIR

☐ THE BANK OF NEW YORK,

☐ THE RELATED COMPANIES, LP,

☑ TISHMAN SPEYER PROPERTIES,

☑ TOMASETTI GROUP

☑ TORRETTA TRUCKING, INC

☑ TOTAL SAFETY CONSULTING, L.L.C

☐ TRAMMELL CROW COMPANY,

☐ TRINITY CENTRE, LLC,

☐ TRIO ASBESTOS REMOVAL,

☑ TUCCI EQUIPMENT RENTAL CORP

- ☑ ULTIMATE DEMOLITIONS/CS HAULING
- ☑ UNITED STATES REBAR, INC.
- ☑ VERIZON NEW YORK INC,
- ☑ VOLLMER ASSOCIATES LLP
- ☑ W HARRIS & SONS INC
- ☑ WEEKS MARINE, INC.
- ☑ WEIDLINGER ASSOCIATES, CONSULTING ENGINEERS, P.C.
- ☐ WFP TOWER A. CO., L.P.,
- ☐ WFP TOWER B. CO., L.P.,
- ☑ WFP TOWER D. CO., LP,
- ☑ WHITNEY CONTRACTING INC
- ☑ WOLKOW-BRAKER ROOFING CORP
- ☑ YANNUZZI & SONS INC
- ☑ YONKERS CONTRACTING COMPANY, INC.
- ☑ YORK HUNTER CONSTRUCTION, LLC
- ☐ ZAR REALTY MANAGEMENT CORP.,
- ☐ ZECKENDORF REALTY

ATTORNEY VERIFICATION

DENISE A. RUBIN, an attorney at law, duly admitted to practice in th
Courts of the State of New York, affirms under the penalties of perjury
that:

She is the attorney for the plaintiff(s) in the above-entitled
action. That she has read the foregoing SUMMONS AND VERIFIED COMPLAINT
and knows the contents thereof, and upon information and belief, deponent
believes the matters alleged therein to be true.

The reason this Verification is made by deponent and not by the
plaintiff(s) is that the plaintiff(s) herein reside(s) in a county other
than the one in which the plaintiff's attorneys maintain their office.

The source of deponent's information and the grounds of his belief
are communication, papers, reports and investigation contained in the
file.

DATED:    New York, New York
          March 20, 2006

_____
DENISE A. RUBIN

Docket No.:

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

==========================================================

Santiago Alvear,

Plaintiff(s)

- against -

1 WORLD TRADE CENTER LLC, et al.

Defendant(s).

==========================================================

## SUMMONS AND VERIFIED COMPLAINT

==========================================================

## WORBY GRONER EDELMAN & NAPOLI BERN, LLP

*Attorneys for:* Plaintiff(s)
*Office and Post Office Address, Telephone*
115 Broadway - 12th Floor
New York, New York 10006
(212) 267-3700

==========================================================

To
Attorney(s) for

==========================================================

Service of a copy of the within

is hereby admitted.

Dated,

_____         _____

Attorney(s) for

==========================================================

**PLEASE TAKE NOTICE:**

☐ **NOTICE OF ENTRY**

that the within is a (certified) true copy of an
duly entered in the office of the clerk of the within named court on          20

☐ **NOTICE OF SETTLEMENT**

that an order                                    of which the within is a true copy
will be presented for settlement to the HON.                    one of the judges of
the
within named Court, at
on               20          at          M.
Dated,

Yours, etc.,

WORBY GRONER EDELMAN & NAPOLI BERN, LLP

==========================================================